IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES SIMMONS McVAUGH | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO.  22-2105 |

# ORDER

**AND NOW**, this 25th day of April 2023, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 18) is **GRANTED**.  This case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), so that the ALJ can reconsider whether to include PTSD-related limitations in the RFC assessment.  If the ALJ will not, he must explain why.

BY THE COURT:

_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
United States Magistrate Judge